# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>STEVEN MNUCHIN,<br><br>    Defendant. | Case No. 1:20-cv-0159 |

## NOTICE OF APPEARANCE

  Attorney Wesley James Furlong hereby notifies the Court and counsel for all parties of his appearance in the above-captioned case on behalf of Plaintiff Rosebud Sioux Tribe. Mr. Furlong has been retained by Plaintiff Rosebud Sioux Tribe to represent them in this matter. Mr. Furlong is a member in good standing of the Bar of this Court. His contact information is set forth below:

  Wesley James Furlong (D.D.C. Bar No. AK0003)
  NATIVE AMERICAN RIGHTS FUND
  745 West 4th Avenue, Suite 502
  Anchorage, AK 99501
  Tel. (907) 276-0680
  Fax (907) 276-2466
  wfurlong@narf.org

  RESPECTFULLY SUBMITTED this 22nd day of April, 2020.

             */s/ Wesley James Furlong*
             Wesley James Furlong (D.D.C. Bar No. AK0003)
             NATIVE AMERICAN RIGHTS FUND

             *Counsel for Plaintiff Rosebud Sioux Tribe*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of April, 2020, I electronically filed the forgoing **NOTICE OF APPEARANCE** with the Clerk of the Court for the United States District Court for the District of Columbia using the Cm/ECF system. I certify that all participants in the cases are registered Cm/ECF users and that service will be accomplished by the CM/ECF system.

                                              */s/ Wesley James Furlong*
                                              Wesley James Furlong (D.D.C. Bar No. AK0003)
                                              NATIVE AMERICAN RIGHTS FUND